1 Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
2 MOORE LAW FIRM, P.C.
332 North Second Street
3 San Jose, California 95112
Telephone (408) 298-2000
4 Facsimile (408) 298-6046

5 Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO, | No. 1:12-CV-00336-LJO-GSA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| JASVINDER K. RAI, et al., | |
| Defendants. | |

WHEREAS, Defendant Jasvinder K. Rai dba R&S Mini Mart has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter in its entirety;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 20, 2012                                       MOORE LAW FIRM, P.C.


/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Daniel Delgado

*Delgado v. Jasvinder K. Rai, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 1

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **July 20, 2012**                                      /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

*Delgado v. Jasvinder K. Rai, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 2