1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Daniel Delgado

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASVINDER K. RAI, et al.,<br><br>　　　　Defendants. | No. 1:12-CV-00336-LJO-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, Defendant Jasvinder K. Rai dba R&S Mini Mart has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter in its entirety;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 20, 2012                            MOORE LAW FIRM, P.C.


                                               /s/Tanya E. Moore
                                               Tanya E. Moore
                                               Attorneys for Plaintiff Daniel Delgado

*Delgado v. Jasvinder K. Rai, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **July 20, 2012**                              **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE

*Delgado v. Jasvinder K. Rai, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 2